UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BILLY WAYNE RICHMOND, | Case No. C08-5446RBL |
| Petitioner, | ORDER |
| v. | |
| BELINDA STEWARD, | |
| Respondent. | |

The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2241. This case has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4. After reviewing the record, the court finds and orders as follows:

1. The court previously issued an order to show cause directing Petitioner to clarify and explain certain deficiencies in the underlying Petition. *See* Doc. 7. The order of show cause was issued on August 26, 2008, and petitioner has not responded. However, on September 5, 2008, the clerk docketed a change of address which indicates Petitioner may not have received the court's previous order while he was in transit.

2. Accordingly, the Clerk is directed to send a copy of the previous order to petitioner at his current address along with a copy of this order. Petitioner shall show cause and respond to the court's concerns by **no later than December 5, 2008.** Otherwise, the petition may be summarily dismissed.

DATED this 12th day of November, 2008.

                                         */s/ J. Kelley Arnold*
                                         J. Kelley Arnold
                                         United States Magistrate Judge

ORDER
Page - 1