# United States District Court

WESTERN DISTRICT OF WASHINGTON

BILLY WAYNE RICHMOND

       v.

BELINDA STEWARD

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5446RBL

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    1.    The Court adopts the Report and Recommendation.

    2.    Petitioner's pending motions, if any are DENIED.

    3.    Petitioner's federal habeas petition is DISMISSED without prejudice.

| | |
|---|---|
| May 26, 2009 | BRUCE RIFKIN |
| | Clerk |
| | |
| | /s/ Jennie L. Patton |
| | Deputy Clerk |